Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

PHILIP LOWENTHAL, Doing Business as Eureka Detective Bureau, Respondent, v. HELEN L. LINABURY, Appellant.— Order so far as appealed from reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes for affirmance.

PHILIP LOWENTHAL, Doing Business as Eureka Detective Bureau, Respondent, v. HELEN L. LINABURY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.; O'Malley, J., dissents and votes for affirmance.

THE MARBLELOID COMPANY, Appellant, v. FEENEY & SHEEHAN BUILDING COMPANY, INC., Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MORDECAI W. RICHARD and LILLIAN N. RICHARD, Respondents, v. CORVAN REALTY CORPORATION and AARON O. WHALEY, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

HELEN OSORIO and ALEXANDER OSORIO, Respondents, v. WEJJAM REALTY CO., INC., Appellant.— Order so far as appealed from modified to the extent of granting particulars demanded in paragraphs B-2 and E-1, and as so modified affirmed, with ten dollars costs and disbursements to the appellant. No opinion. The bill of particulars to be served within twenty days from service of order. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

JOHN C. ELLIS, Appellant, v. SIMON BERSIN, Defendant, Impleaded with EDWARD SCHNUR, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

THE FAGEOL COMPANY, Respondent, v. ARTHUR L. LINN, JR., Appellant, Impleaded with Others. Under the inherent power of the court to control its own calendar, the order appealed from is affirmed, with ten dollars costs and disbursements. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

EMERSON RADIO AND PHONOGRAPH CORPORATION, Appellant, v. COLONIAL RADIO CORPORATION, Respondent. COLONIAL RADIO CORPORATION, Respondent, v. EMERSON RADIO AND PHONOGRAPH CORPORATION, Appellant.— Orders so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

In the Matter of THE BANK OF UNITED STATES, in Liquidation. In the Matter of the Application of INTERNATIONAL MILLING COMPANY for an Order Directing the Superintendent of Banks of the State of New York, to Pay over Certain Funds.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

MARK SIMPSON, Respondent, v. STUYVESANT ELECTRIC Co., INC., and Others, Appellants.— Order so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed